UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

IN RE:                                                        CASE NO. 18-12049
TIAUNSHAI KING
Debtor                                                        CHAPTER 13

TRUSTEE'S MOTION TO DISMISS

COMES NOW, Debra L. Miller, Trustee, and for her Motion to Dismiss, states:

1. This Bankruptcy was filed on October 22, 2018. Debtor is proceeding Pro-Se.

2. Debtor has failed to file schedules A through J.

3. Debtor has failed to file a Means Test Form and a Statement of Financial Affairs.

4. Debtor has failed to file a Plan within 14 days of filing the Voluntary Petition as required per Rule 3015, and 11 U.S.C. §1321.

5. The failure to file the Schedules, Means Test Form, Statement of Financial Affairs, and Plan constitutes unreasonable delay and cause for dismissal under 11 U.S.C. §1307(c)(1) and 11 U.S.C. §1307(c)(3).

6. This is Debtor's fifth filing since his initial filing of Chapter 13 under Case Number 10-11239 on March 25, 2010.

7. Debtor's Plan was confirmed in Case Number 10-11239 on June 16, 2010 with a Plan payment of $5,738.21 month being paid direct by Debtor.

8. Debtor consistently failed to make a full Plan payment and the case was dismissed for failure to make plan payments on December 8, 2011 on Motion of Trustee Donald Aikman.

9. On February 16, 2012, Debtor filed Chapter 13 under Case Number 12-10356 and the Plan was confirmed on May 2, 2012 with a Plan payment of $4,700.00 via wage order in an amount sufficient to make the Plan payment, however, the amount submitted by the employer was not the full withholding and Debtor's supplement payments were not consistent and failed to make up the deficient payment amounts.

10. The case was dismissed for failure to make plan payments on February 26, 2014 with a delinquency of $14,834.98.

11. On March 16, 2015, Debtor filed Chapter 13 under Case Number 15-10532 and the Plan was confirmed on September 17, 2015 with a Plan payment of $8,562.00 via wage order of $615.00 per week ($2,665.00 per month) that was not sufficient to make the Plan payment. Debtor's supplement payments were not consistent and failed to make up the deficient payment amounts.

12. The case was dismissed for failure to make plan payments on March 16, 2016 with a delinquency of $29,163.91.

13. On July 26, 2016, Debtor filed Chapter 13 under Case Number 16-11545 with a proposed Plan payment of $2,500.00 via wage order in an amount sufficient to make the Plan payment, however, the amount submitted by the employer was not the full withholding and Debtor did not make supplement payments to make up the deficient payment amounts.

14. On October 27, 2016, Debtor filed an Amended Chapter 13 Plan with a proposed Plan payment of $3,250.00 via wage order in an amount sufficient to make the Plan payment, however, the amount submitted by the employer was not the full

withholding and Debtor did not make supplement payments to make up the deficient payment amounts.

15. Trustee Debra L. Miller filed a Motion to Dismiss for the reason that Debtor's mortgage holder filed a Relief From Stay as no direct mortgage payments had been made since the filing of this bankruptcy on July 26, 2016.

16. A hearing was held on December 20, 2016 and the Court entered an Order converting the case to a Chapter 7 case on December 22, 2016.

17. Debtor's delinquency at the time of conversion was $1,604.08.

18. On March 2, 2017, U. S. Trustee Nancy J. Gargula filed Adversary Proceeding Number 17-01018 as Complaint To Deny Discharge against Debtor for the reason that Debtor had knowingly and fraudulently made a false oath or account.

19. On July 20, 2017, in Court Case 16-11545, the Court entered an Order Approving an Agreed Order Denying Discharge filed by Debtor and United States Trustee Nancy J. Gargula.

20. Debtor's pattern of filing cases without making full payments, not abiding by the Orders of the Court with timely filings and submissions, and lack of cooperation is prejudicial to creditors.

21. In the present case Debtor has failed to provide the documents necessary for Trustee to review Debtor's assets, income and disposable income and in turn has led to unreasonable delay prejudicial to creditors who have already experienced delay and expense due to Debtor's pattern of failure to make full Plan payments and complete a Chapter 13 Plan.

WHEREFORE, Trustee moves, for the reasons stated above, that this bankruptcy be dismissed pursuant to 11 U.S.C. §1307(c)(1) and 11 U.S.C. §1307(c)(3), and any other applicable statutes.

Dated:  December 11, 2018

Respectfully Submitted,

/s/ Debra L. Miller, Trustee
Debra L. Miller, Chapter 13 Trustee
PO Box 11550
South Bend, IN 46634
(574) 254-1313

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served as follows on December 11, 2018

By U.S. Mail postage prepaid:
Debtor: Tiaunshai King, 2227 Turnberry Lane, Fort Wayne, IN 46814

By electronic mail via CM/ECF:
Debtor's Attorney: Pro Se
U.S. Trustee: ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller, Trustee

4