UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | | |
|---|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. | 18-12049-reg |
| | ) | CHAPTER: | 13 |
| TIAUNSHAI KING, | ) | | |
| | ) | | |
| Debtor(s) | ) | | |

## ORDER ON CREDITOR'S MOTION FOR ADDITIONAL RELIEF

On January 16, 2019, Turnberry Ridge Condominium Homeowner's Association, Inc., by counsel, having filed its Motion for Additional Relief, and the Court, having considered said Motion, and being duly advised in the premises, now grants said Motion.

The objection deadline has passed, and the Debtor has not timely filed a written objection to the taking of the proposed action.

IT IS THEREFORE ORDERED that the Debtor is hereby barred from filing for relief under the United States Bankruptcy Code for a period of one year.

SO ORDERED this _____ day of _____, 2019.

_____
Robert E. Grant, Judge
UNITED STATES BANKRUPTCY COURT
Northern District of Indiana