UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| IN THE MATTER OF: ) | |
| ) | |
| TIAUNSHAI KING ) | CASE NO.   18-12049 |
| ) | |
| ) | |
| Debtor ) | |

## NOTICE OF HEARING

On   January 18, 2019

This case was automatically dismissed by operation of law on December 7, 2018, as the result of the debtor's failure to file all of the information required by § 521(a)(1) within forty-five days of the date of filing the case. See, 11 U.S.C. § 521(i). One of the debtor's creditors, Turnberry Ridge Condominium Homeowner's Association has now filed a motion asking the court to enter an order restricting the debtor's eligibility for relief under title 11 for one year based on the debtor's history of prior filings.

The court will hold a hearing on **February 26, 2019 at 11:00 a.m.** in Room 2127, Federal Building, 1300 S. Harrison St., Fort Wayne, Indiana to consider Turnberry's motion for additional relief.[1] At this hearing, the court also wishes to consider whether it has the authority to associate any prejudice with the dismissal of a case that has been dismissed by operation of law and not by any action of the court. Any briefs directed to that issue shall be filed within fourteen (14) days.

You should be present in person or by counsel if you wish to be heard with regard thereto.

---

[1] Although Turnberry served a notice of the motion and the opportunity to object thereto, the motion is not among those subject to the notice and opportunity to object procedure established by local rule B-2002-2. See, N.D. Ind. L.B.R. B-2002-2(a)(1)-(25). Since the notice was not authorized by the court or its local rules, neither it nor the deadline it purports to establish mean a thing. In re Pratt, 2007 WL 2413010 (Bankr. N.D. Ind. 2007).

SO ORDERED.

                                                             */s/ Robert E. Grant*
                                      Chief Judge, United States Bankruptcy Court